```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MINNIE KONG,
                              Plaintiff,

    -against-

LINDA STRUMPF and U.S. EQUITIES CORP.,
                              Defendants.
-----------------------------------------------------------X

17 CIVIL 3514 (RJS)

## JUDGMENT

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2018, Defendants' motion to dismiss is GRANTED and Defendants' alternative motion for summary judgment is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
          September 26, 2018

                                                              RUBY J. KRAJICK
                                                                **Clerk of Court**
                                  BY: _____
                                                                 **Deputy Clerk**